# **EXHIBIT A**

## **AVOIDABLE TRANSFERS**

| AVOIDABLE TRANSFERS | | |
|---|---|---|
| **Recipient of Transfer** | **Date of Transfer** | **Amount of Transfer** |
| Cutter Mill Partners LLC | June 10, 2019 | $3,662,842.71 |
| Cutter Mill Partners LLC | June 10, 2020 | $3,749,666.48 |
| EcoBan Ventures LLC | June 10, 2019 | $5,269,907.68 |
| EcoBan Ventures LLC | June 10, 2020 | $5,386,072.96 |
| Kajoda Trust | June 10, 2019 | $2,702,719.63 |
| Kajoda Trust | June 10, 2020 | $2,766,055.31 |
| Steven Shenfeld | June 10, 2019 | $3,662,842.71 |
| Steven Shenfeld | June 10, 2020 | $3,749,666.48 |
| Stuart Brister | June 10, 2019 | $1,465,111.69 |
| Stuart Brister | June 10, 2020 | $1,499,840.60 |
| Tarrant eVolution Partners, L.P. | June 10, 2019 | $702,381.20 |
| Tarrant eVolution Partners, L.P. | June 10, 2020 | $719,030.39 |