UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GREENSILL CAPITAL INC.,<br><br>               Debtor. | Chapter 11<br><br>Case No. 21-10561 (MEW) |
| CRAIG R. JALBERT, solely in his capacity as LIQUIDATION TRUSTEE OF THE GREENSILL U.S. LIQUIDATION TRUST,<br><br>               Plaintiff,<br><br>               v.<br><br>CUTTER MILL PARTNERS LLC, ECOBAN VENTURES LLC, KAJODA TRUST, MARC CHANNICK AS TRUSTEE OF THE KAJODA TRUST, STEVEN SHENFELD, STUART BRISTER,<br><br>               Defendants. | Adv. Proc. No. 23-01026 (MEW) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties agree and stipulate that the above-titled cause shall be dismissed with prejudice, with each party to bear its own costs.

Dated: August 29, 2025
New York, New York

By: */s/ George P. Angelich*
George P. Angelich
ARENTFOX SCHIFF LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Telephone: (212) 484-3900
E-mail: George.Angelich@afslaw.com

James E. Britton
ARENTFOX SCHIFF LLP
The Prudential Tower

By: */s/ Andrew K. Glenn*
Andrew K. Glenn
Shai Schmidt
Samantha Bennett
Maggie Lovric
GLENN AGRE BERGMAN & FUENTES LLP
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
E-mail: aglenn@glennagre.com
sschmidt@glennagre.com

800 Boylston Street, 32nd Floor
Boston, MA 02199
Telephone: (617) 973-6102
Email: James.Britton@afslaw.com

*Counsel to Plaintiff*

sbennett@glennagre.com
mlovric@glennagre.com

*Counsel to Defendants Cutter Mill Partners LLC, Ecoban Ventures LLC, Marc Channick as Trustee of the Kajoda Trust, Steven Shenfeld, and Stuart Brister*